# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| CHARLES DAVIES, BART PANESSA, and JEFF NIEMEIER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KATANGA MINING LIMITED, JOHNNY BLIZZARD, JACQUES LUBBE, MATTHEW COLWILL, ARISTOTELIS MISTADAKIS, LIAM GALLAGHER, TIM HENDERSON, IVAN GLASENBERG, and GLENCORE, PLC,<br><br>Defendants. | Case No. 2:17-cv-12188-CCC-JBC<br><br><br><br>**ENTRY OF APPEARANCE** |

TO: Office of the Clerk of the Court
**United States District Court**
District of New Jersey

Please enter my appearance on behalf of Defendants Glencore PLC and Ivan Glasenberg in this matter.

Respectfully submitted

**BROWN & CONNERY, LLP**
Attorneys for Defendants Glencore PLC
 and Ivan Glasenberg

Dated: June 11, 2020        By:     s/Susan M. Leming
                                         Susan M. Leming
                                         360 Haddon Avenue
                                         Westmont, NJ 08108
                                         (856) 858-8169
                                         (856) 858-4967 (fax)
                                         *sleming@brownconnery.com*

79O6606

## **CERTIFICATE OF SERVICE**

I certify that the within Entry of Appearance was served by filing this document with the CM/ECF system, which electronically served same on:

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com
*Lead Counsel for Plaintiffs and the Putative Class*

Brent J. LaPointe (pro hac vice)
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel.: (212) 686-1060
Fax: (212) 202-3827
Email: blapointe@rosenlegal.com


By:   s/Susan M. Leming
      Susan M. Leming

Dated: June 11, 2020

79O6606