UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| CHARLES DAVIES, BART PANESSA, and JEFF NIEMEIER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KATANGA MINING LIMITED, JOHNNY BLIZZARD, JACQUES LUBBE, MATTHEW COLWILL, ARISTOTELIS MISTADAKIS, LIAM GALLAGHER, TIM HENDERSON, IVAN GLASENBERG, and GLENCORE, PLC,<br><br>Defendants. | Civil Action No. 2:17-cv-12188-CCC-JBC<br><br>**ORDER FOR<br>PRO HAC VICE ADMISSIONS** |

This matter having been opened to the Court by Brown & Connery, LLP, attorneys for Defendants Glencore PLC and Ivan Glasenberg ("Defendants"), for an Order, pursuant to Local Civil Rule 101.1(c), allowing Michael G. Bongiorno, David S. Lesser and Jamie S. Dycus admissions *pro hac vice* on behalf of Defendants; Plaintiffs consenting to the admissions requested; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this 27th day of July, 2020, ORDERED that:

1. Michael G. Bongiorno, David S. Lesser and Jamie S. Dycus of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, members in good standing of the Bars in which they are admitted, be hereby permitted to appear *pro hac vice* in the action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Defendants shall be signed by a member or associate of the firm of Brown & Connery, LLP,

who is admitted to practice before this Court, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

**FURTHER ORDERED** that Michael G. Bongiorno, David S. Lesser and Jamie S. Dycus pay $150.00 to the Clerk, United States District Court of New Jersey as required by Local Civil Rule 101.1(c)(3); and it is

**FURTHER ORDERED** that Michael G. Bongiorno, David S. Lesser and Jamie S. Dycus shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 in this year and any subsequent year in which they are admitted *pro hac vice* in this matter; and it is

**FURTHER ORDERED** that Michael G. Bongiorno, David S. Lesser and Jamie S. Dycus shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is

**FURTHER ORDERED** that Michael G. Bongiorno, David S. Lesser and Jamie S. Dycus shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

So Ordered,

_____
Hon. James B. Clark, III, U.S.M.J.