Mark A. Berman, Esq.
Robin D. Fineman, Esq.
**HARTMANN DOHERTY ROSA
BERMAN & BULBULIA, LLC**
433 Hackensack Ave., Suite. 1002
Hackensack, NJ 07601
Tel: (201) 441-9056
*Attorneys for Defendants Katanga Mining
Limited, Johnny Blizzard, Jacques Lubbe,
Matthew Colwill, Liam Gallagher, and
Tim Henderson*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES DAVIS, BART PANESSA, and JEFFREY NIEMEIER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KATANGA MINING LIMITED, JOHNNY BLIZZARD, JACQUES LUBBE, MATTHEW COLWILL, ARISTOTELIS MISTAKIDIS, LIAM GALLAGHER, TIM HENDERSON, IVAN GLASENBERG, AND GLENCORE PLC,<br><br>Defendants. | Case No.  17-CV-12188<br><br>**DEFENDANTS KATANGA MINING LIMITED, JOHNNY BLIZZARD, JACQUES LUBBE, MATTHEW COLWILL, LIAM GALLAGHER, AND TIM HENDERSON'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, on a date and time to be set by the Court, Defendants Katanga Mining Limited, Johnny Blizzard, Matthew Colwill, Jacques Lubbe, Liam Gallagher, and Tim Henderson, will move before the

1

Honorable Claire C. Cecchi, U.S.D.J., at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, for entry of an Order dismissing Plaintiffs' Corrected First Amended Class Action Complaint (Dkt. 71) as to the foregoing Defendants in its entirety and with prejudice; and

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, the Defendants will rely upon the accompanying Memorandum of Law in support of the Motion, the Declaration of Richard A. Rosen, Esq. with exhibits, and the Declarations of Katanga Mining Limited, Johnny Blizzard, Matthew Colwill, Jacques Lubbe, Liam Gallagher, and Tim Henderson in support of the Motion.

Respectfully submitted,

| **HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|---|---|
| By: s/Mark A. Berman, Esq.<br>Mark A. Berman, Esq<br>Robin D. Fineman, Esq.<br>433 Hackensack Ave, Ste 1002<br>Hackensack, New Jersey 07601<br>(201) 441-9056 | Richard A. Rosen, Esq. (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>(212) 373-3000 |

*Attorneys for Defendants Katanga Mining Limited, Johnny Blizzard, Jacques Lubbe, Matthew Colwill, Liam Gallagher, and Tim Henderson*

Dated: July 31, 2020