Michael G. Bongiorno (*pro hac vice*)
David S. Lesser (*pro hac vice*)
Jamie S. Dycus (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) 212-230-8800
(f) 212-230-8888
michael.bongiorno@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for Defendants Glencore plc and Ivan Glasenberg*

Susan M. Leming
BROWN & CONNERY, LLP
360 Haddon Avenue
Westmont, NJ 08108
(t) 856-854-8900
(f) 856-858-4967
sleming@brownconnery.com

*Attorney for Defendants Glencore plc and Ivan Glasenberg*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KATANGA MINING LIMITED, JOHNNY BLIZZARD, JACQUES LUBBE, MATTHEW COLWILL, ARISTOTELIS MISTADAKIS, LIAM GALLAGHER, TIM HENDERSON, IVAN GLASENBERG, and GLENCORE PLC,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-12188-CCC-JBC<br><br>**NOTICE OF DEFENDANTS GLENCORE PLC'S AND IVAN GLASENBERG'S MOTION TO DISMISS THE CORRECTED FIRST AMENDED CLASS ACTION COMPLAINT AND REQUEST FOR ORAL ARGUMENT**<br><br><u>**Motion Day**</u>**: September 8, 2020** |

**PLEASE TAKE NOTICE** that on September 8, 2020, or as soon thereafter as counsel may be heard, defendants Glencore plc and Ivan Glasenberg (together, "Defendants"), by and through their counsel, shall move the Honorable Claire C. Cecchi, United States District Judge for the District of New Jersey, for an Order dismissing Plaintiffs' Corrected First Amended Class Action Complaint for Violation of the Federal Securities Laws, dated July 22, 2020 (Dkt. 71), pursuant to Rules 9(b), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss, Defendants will rely on the accompanying Memorandum of Law, the accompanying Declarations of Ivan Glasenberg and John Burton, and the Memorandum of Law in Support of Defendants Katanga Mining Limited, Johnny Blizzard, Jacques Lubbe, Matthew Colwill, Liam Gallagher, and Tim Henderson's Motion to Dismiss the Amended Complaint (Dkt. 76-1).

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument.

Dated: July 31, 2020

                                          Respectfully submitted,

                                          /*s*/ Susan M. Leming
                                          Susan M. Leming
                                          BROWN & CONNERY, LLP
                                          360 Haddon Avenue
                                          Westmont, NJ 08108
                                          (t) 856-854-8900
                                          (f) 856-858-4967
                                          sleming@brownconnery.com

                                          *Attorney for Defendants Glencore plc and Ivan Glasenberg*

                                          Michael G. Bongiorno
                                          David S. Lesser
                                          Jamie S. Dycus
                                          WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                          250 Greenwich Street
                                          New York, NY 10007
                                          (t) 212-230-8800
                                          (f) 212-230-8888
                                          michael.bongiorno@wilmerhale.com
                                          david.lesser@wilmerhale.com
                                          jamie.dycus@wilmerhale.com

                                          *Attorneys for Defendants Glencore plc and Ivan Glasenberg*