**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES DAVIS, BART PANESSA, and JEFF NIEMEIER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KATANGA MINING LIMITED, JOHNNY BLIZZARD, JACQUES LUBBE, MATTHEW COLWILL, ARISTOTELIS MISTAKIDIS, LIAM GALLAGHER, TIM HENDERSON, IVAN GLASENBERG, AND GLENCORE PLC,<br><br>Defendants. | Case No. 2:17-cv-12188-CCC-JBC<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Motion Day: April 5, 2021<br><br>Hon. Claire C. Cecchi |

**PLEASE TAKE NOTICE** that on April 5, 2021, or as soon thereafter as they may be heard, Lead Plaintiff Charles Davis ("Lead Plaintiff"), and additional Plaintiffs Bart Panessa and Jeff Niemeier (together with Lead Plaintiff, "Plaintiffs") will move this Court, the Honorable Claire C. Cecchi, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom MLK 5B, Newark, New Jersey, 07102, for entry of an Order: (i) preliminarily approving the settlement between Plaintiffs and Defendants Katanga Mining Limited ("Katanga"), Johnny Blizzard, Jacques Lubbe, Matthew Colwill, Aristotelis Mistakidis, Liam Gallagher, Tim Henderson, Ivan Glasenberg, and Glencore Plc; (ii) conditionally certifying the Settlement Class; (iii) approving the notice to the Class and Katanga shareholders of the Proposed Settlement; and (iv) scheduling a final approval hearing for a date at the Court's convenience.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation and Agreement of Settlement and Exhibits thereto, the pleadings and records on file in the above-captioned action, and other such matters as the Court may consider at the hearing on this motion.

Dated: March 10, 2021                                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

and

Brent J. LaPointe (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: blapointe@rosenlegal.com

*Lead Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

    I hereby certify that March 10, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                        /s/ Laurence M. Rosen
                                        Laurence M. Rosen