**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES DAVIS, BART PANESSA, and JEFF NIEMEIER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KATANGA MINING LIMITED, JOHNNY BLIZZARD, JACQUES LUBBE, MATTHEW COLWILL, ARISTOTELIS MISTAKIDIS, LIAM GALLAGHER, TIM HENDERSON, IVAN GLASENBERG, AND GLENCORE PLC,<br><br>Defendants. | Case No. 2:17-cv-12188-CCC-JBC<br><br>CLASS ACTION<br><br>Hearing Date: June 25, 2021<br><br>Hon. Claire C. Cecchi |

**PLEASE TAKE NOTICE** that pursuant to the Order Granting Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") (ECF No. 90), on June 25, 2021 at 9:30 a.m., or as soon thereafter as the Lead Plaintiff Charles Davis ("Lead Plaintiff"), and additional Plaintiffs Bart Panessa and Jeff Niemeier (together with Lead Plaintiff, "Plaintiffs") will move this Court, the Honorable Claire C. Cecchi, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom MLK 5B, Newark, New Jersey, 07102, for entry of an Order: (1) granting final approval of the proposed Settlement; and (2) entering the Judgment and dismissing all claims.

In support of this motion, Plaintiffs rely upon the accompanying Memorandum of Law and the Stipulation and Agreement of Settlement and exhibits thereto (ECF Nos. 87, 87-1, 87-2, 87-3, 87-4, 87-5, 87-6, and 87-7), the Declaration of Laurence Rosen in support of the motion and exhibits thereto, and all prior pleadings and proceedings.

Dated:  May 28, 2021                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Laurence M. Rosen*
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
E-mail: lrosen@rosenlegal.com

Brent J. LaPointe (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
E-mail: blapointe@rosenlegal.com

*Lead Counsel for Plaintiffs and the Putative Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this on May 28, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Laurence M. Rosen*
Laurence M. Rosen